**Order entered August 26, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00941-CR

**ROLANDO GUZMAN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 401st Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 401-80883-2013**

## ORDER

The Court **GRANTS** court reporter Antoinette Varela's August 22, 2014 motion for extension of time to file the reporter's record.

We **ORDER** Ms. Varela to file the reporter's record within **THIRTY (30) DAYS** from the date of this order.

We **ORDER** the Collin County District Clerk to file the clerk's record within **THIRTY (30) DAYS** from the date of this order.

        /s/     DAVID EVANS
                JUSTICE